IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

**TIMOTHY EDWARD KEENER**                                                                  **PLAINTIFF**

v.                             Civil No. 4:12-cv-4151-BAB

**JOHNNY GODBOLT,** *et al*                                                                  **DEFENDANTS**

**J U D G M E N T**

For the reasons stated in the Memorandum Opinion of even date, Defendants' Motion to Compel or in the Alternative Dismiss (ECF No. 42) is hereby **GRANTED**, and the above styled case is dismissed with prejudice.

**IT IS SO ORDERED this 14th day of April 2015.**

/s/  Barry A. Bryant
HON. BARRY A. BRYANT
U. S. MAGISTRATE JUDGE